IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BRIAN QUICK,

                                                                                                                       ORDER

                         Plaintiff,

                                                                                            14-cv-411-bbc

     v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       In an order dated July 7, 2014, the court denied plaintiff Brian Quick's motion for leave to proceed <u>in forma pauperis</u> on the ground that plaintiff's affidavit of indigency showed that he did not qualify for that status. The court gave plaintiff an August 8, 2014 deadline to pay the filing fee and then extended the deadline to September 8, 2014. That deadline has come and gone but plaintiff has neither paid the filing fee nor asked for another extension of time. Accordingly, this case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to pay the filing fee.

       Entered this 26th day of September, 2014.

                                                          BY THE COURT:
                                                        /s/
                                                        BARBARA B. CRABB
                                                        District Judge